IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT E. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3113 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK HOPKINS, MICHAEL KENNEY, | ) | ORDER |
| JOHN CASEBOLT, JOHN BAGLEY, | ) | |
| JOHN DOE, LINDA POPPEMA, | ) | |
| BARRY LOOCK, and JAMES FOSTER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 24 be stricken from the record for the following reason(s):

- Incorrect event used.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 24 from the record.

DATED this 5th day of October, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge