IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT E. HUNT, | ) | |
| Plaintiff, | ) | 4:05cv3113 |
| vs. | ) | ORDER |
| FRANK HOPKINS, et al., | ) | |
| Defendants. | ) | |

This matter is before the court sua sponte to correct the "Notice upon Filing of Judgment" attached to filing no. 66, the Judgment filed in this case on July 6, 2006. The Notice incorrectly states that the appellate filing fees are $450, whereas the cost to file an appeal to the Eighth Circuit Court of Appeals is actually $455. The attachment to filing 66 is hereby amended accordingly.

SO ORDERED.

July 11, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge